THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANSOM H. GILLETT, Appellant, v. WALTER A. DE LAMATER, Respondent.— This action is in quo warranto to test defendant's title to the office of brigadier-general of the line in the New York State National Guard. Plaintiff has appealed from an order and judgment of the Ulster Special Term of the Supreme Court entered in the office of the clerk of Albany county on October 8, 1936, dismissing his complaint for failure to state facts sufficient to constitute a cause of action. The motion was made under rule 112 of the Rules of Civil Practice and under section 476 of the Civil Practice Act. The only question for review is as to the authority of the Governor to appoint defendant to the office of brigadier-general in the State National Guard. Our decision in *People ex rel. Gillett* v. *DeLamater* (247 App. Div. 246), to which we adhere, is decisive of the question involved here. Order and judgment unanimously affirmed, without costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE (JACK) HOLCOMB, Appellant.— Appeal from an order of filiation entered in the above-entitled proceeding against the said defendant in the office of the clerk of the county of St. Lawrence, Children's Court, on the 29th day of May, 1936. The order decides that the complainant is an unmarried woman residing in the town of Gouverneur and that a child was born to her about July 17, 1935, at Syracuse, N. Y., and that the defendant is the father of said child born out of lawful wedlock and that he is liable for the support and education and maintenance of said child. The order provides for the payment of certain sums of money and provides for the giving of a bond for the support and maintenance of the child and to indemnify the public authorities against the expense. The evidence in the record is sufficient to support the order appealed from. Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

## (March 10, 1937.)

In the Matter of the Claim of ORSOLINA MARIA GILLIA, Appellant, against MACE MANUFACTURING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Appellate Division as a poor person on typewritten record denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of RAMONA LANDIN, Appellant, against D. & I. REALTIES, INC., and Others, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Appellate Division on typewritten papers denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.